# United States Court of Federal Claims

|  |  |  |
|---|---|---|
| **BEAR MOUNTAINSIDE REALTY LLC,** | ) | |
| | ) | |
| *Plaintiff*, | ) | **No. 23-457** |
| | ) | |
| **v.** | ) | **Judge Richard A. Hertling** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| *Defendant*, | ) | |
| | ) | |

## UNOPPOSED MOTION TO ADMIT ADAM ADCOCK, PRO HAC VICE AS COUNSEL FOR PROTESTER BEAR MOUNTAINSIDE REALTY LLC

Pursuant to Rule 83.1 of the Rules of the United States Court of Federal Claims, Gordon Griffin, Esq., Attorney of Record for Protester, Bear Mountainside Realty LLC ("Bear Mountainside"), requests that Adam Adcock, Esq., be admitted to practice pro hac vice before this Court as co-counsel for Bear Mountainside. Mr. Adcock is admitted to practice before the highest court of the District of Columbia. Mr. Adcock will also be submitting his application to be admitted to the United States Court of Federal Claims forthwith. Pursuant to Rule 83.1, Mr. Griffin will be present for participation by Mr. Adcock, and thus requests his admission pro hac vice in this matter.  Defendant's counsel does not object to the Motion.

Dated: April 27, 2023

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

s/Gordon Griffin _____
Gordon Griffin (Counsel of Record)
Hillary Freund, Associate
Adam Adcock (pending pro hac vice admission)
Richard Ariel, Associate
800 17th Street N.W. – Suite 1100
Washington, DC 20006
Phone: (202) 469-5122

1

Facsimile: (202) 955-5564
E-mail: gordon.griffin@hklaw.com