**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **BEAR MOUNTAINSIDE REALTY LLC,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 23-457 |
| | ) | |
| **THE UNITED STATES,** | ) | **Judge Richard A. Hertling** |
| | ) | |
| *Defendant.* | ) | |

**JOINT MOTION TO STAY PROCEEDINGS**

Pursuant to Rules 6 and 7 of the Rules of the Court of Federal Claims (RCFC), Plaintiff Bear Mountainside Realty LLC (Plaintiff), and Defendant, the United States (together with Plaintiff, the Parties), jointly and respectfully move the Court to stay the proceedings in this bid protest until the Court resolves Plaintiff's Motion to Supplement the Administrative Record.

Good cause exists to stay the proceedings.  On May 25, 2023, Plaintiff filed a Motion to Supplement the Administrative Record with additional documents from the Internal Revenue Service (IRS) and General Services Administration (GSA) and sought to depose IRS and GSA officials.  (*See* ECF No. 23.)  The Parties believe that the Court's resolution of Plaintiff's Motion may impact their respective Motions for Judgment on the Administrative Record, the first of which is currently due on June 7, 2023.  Accordingly, allowing a stay of proceedings to resolve Plaintiff's Motion serves the interests of judicial efficiency and economy.

For these reasons, we respectfully request that the Court grant this motion to stay the proceedings until Plaintiff's Motion to Supplement the Administrative Record is resolved.

Dated: June 5, 2023

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

/s/Gordon Griffin
Gordon Griffin, Esq. (Counsel of Record)
800 17th Street N.W., Suite 1100
Washington, D.C.  20006
Phone: (202) 469-5122
Facsimile: (202) 955-5564
E-mail: Gordon.griffin@hklaw.com
*Counsel for Bear Mountainside Realty LLC*

Of Counsel:

Hillary J. Freund
Richard Ariel
Holland & Knight LLP
1800 17th Street, N.W., Suite 1100
Washington, District of Columbia 20006
Email: hillary.freund@hklaw.com
        richard.ariel@hklaw.com

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ *Misha Preheim*
L. MISHA PREHEIM
Assistant Director

/s/ *Matney E. Rolfe*
MATNEY E. ROLFE
Trial Attorney
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-0333
Facsimile: (202) 305-7644
Matney.E.Rolfe@usdoj.gov
*Attorneys for Defendant*

2